UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------- x
IN RE:                                                                    :
                                                                          :   14-MD-2548 (VEC)
COMMODITY EXCHANGE, INC., GOLD FUTURES AND                                :
OPTIONS TRADING LITIGATION                                                :   **MOTION TO**
                                                                          :   **WITHDRAW**
                                                                          :   **APPEARANCE AND**
                                                                          :   **PROPOSED ORDER**
*This Document Relates To All Actions*                                    :
------------------------------------------------------------------------- x

Pursuant to Local Civil Rule 1.4, Jordan L. Estes respectfully moves to withdraw her appearance as counsel for Defendants Société Générale and SG Americas Securities, LLC.

New York, New York
November 17, 2014

                                                 Respectfully submitted,

                                                 By: /s/ Jordan L. Estes_____
                                                 Jordan L. Estes
                                                 Hogan Lovells US LLP
                                                 875 Third Avenue
                                                 New York, New York 10022
                                                 (212) 918-3000
                                                 (212) 918 3100

SO ORDERED:

_____