UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| IN RE: | : |
| | : 14-MD-2548 (VEC) |
| COMMODITY EXCHANGE, INC., GOLD FUTURES AND OPTIONS TRADING LITIGATION | : **DECLARATION OF JORDAN L. ESTES IN SUPPORT OF MOTION TO WITHDRAW** |
| *This Document Relates To All Actions* | : |

---

JORDAN L. ESTES hereby declares:

1. I am currently an associate of the law firm Hogan Lovells US LLP.  I am admitted to practice in this Court, and I respectfully submit this Declaration in support of my Motion to Withdraw Appearance and Proposed Order.

2. After November 21, 2014, I will no longer be an associate of Hogan Lovells US LLP and will no longer represent Defendants Société Générale and SG Americas Securities, LLC.

3. Marc Gottridge, Dennis Tracey, and DeNae Thomas will continue to represent Defendants Société Générale and SG Americas Securities, LLC in this matter.  Accordingly, my withdrawal will not create any prejudice or delay and will not otherwise affect any dates or deadlines in this action.

4. I declare under penalty of perjury that the foregoing is true and correct.


Dated: New York, New York                             /s/ Jordan L. Estes_____
       November 17, 2014                                  Jordan L. Estes