# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.

FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

January 29, 2015

By ECF

Hon. Valerie E. Caproni,
   United States District Judge,
      Southern District of New York,
    &nbs;    500 Pearl Street,
           New York, NY 10007.

          Re: *In re Commodity Exchange, Inc., Gold Futures and Options Trading Litigation*, No. 1:14-md-2548 (VEC) (This Document Relates to All Actions)

Dear Judge Caproni:

      As Liaison Defense Counsel in the above-captioned matter, I write on behalf of all parties to request an expansion of page limits for defendants' motion to dismiss the Consolidated Amended Class Action Complaint. The plaintiffs and defendants jointly request leave to file briefs of the following lengths:

- The defendants propose to file a joint memorandum of law addressing common issues. The parties request 50 pages for defendants' memorandum, 50 pages for plaintiffs' opposition, and 20 pages for defendants' reply.

- The London Gold Market Fixing Limited ("LGMF") proposes to file a supplemental memorandum because LGMF is differently situated than the bank defendants. The parties request 10 pages for LGMF's supplemental memorandum, 10 pages for plaintiffs' opposition thereto, and 4 pages for LGMF's reply.

Hon. Valerie E. Caproni -2-

- Each bank defendant proposes to reserve the option of filing supplemental memoranda of law addressing any issues specific to that defendant. The parties request 5 pages for each bank defendant that wishes to submit a supplemental memorandum, 5 pages for plaintiffs' opposition to each such memorandum, and 2 pages for each bank's reply.

The parties thank the Court for its consideration of this joint request.

Respectfully submitted,

Stephen Ehrenberg

cc: All Counsel of Record (by ECF)