UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>COMMODITY EXCHANGE, INC., GOLD FUTURES AND OPTIONS TRADING LITIGATION<br><br>*This Document Relates to All Actions* | 1:14-MD-2548 (VEC)<br>1:14-MC-2548 (VEC)<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for defendant The London Gold Market Fixing Limited ("LGMF") states that LGMF has no parent corporation and has issued no publicly-traded stock.

Respectfully submitted,

PATTERSON BELKNAP WEBB & TYLER LLP

By: _____
James V. Masella, III
1133 Avenue of the Americas
New York, New York 10036
Telephone No.: (212) 336-2000
Facsimile No.: (212) 336-2222
jmasella@pbwt.com

*Attorneys for Defendant The London Gold Market Fixing Limited*

Dated: New York, New York
February 13, 2015