USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____2/23/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

IN RE:                                                         :
                                                               :                    14-MD-2548 (VEC)
COMMODITY EXCHANGE, INC., GOLD          :                    14-MC-2548 (VEC)
FUTURES AND OPTIONS TRADING                :
LITIGATION                                                  :                    **ORDER NO. 4**
                                                               :
*This Document Relates to All Actions*            :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS Plaintiffs have indicated that they intend to amend the Consolidated

Amended Complaint, consistent with the Undersigned's Individual Rule 3.E.i and with Federal

Rule of Civil Procedure 15(a)(1)(B);

WHEREAS Plaintiffs have requested an additional 10 days to file a Second Consolidated

Amended Complaint; and

WHEREAS Defendants do not object;

IT IS HEREBY ORDERED that:

1.  Plaintiffs' Second Consolidated Amended Complaint shall be filed no later than

    March 16, 2015.

2.  No later than April 30, 2015, Defendants shall answer, move with respect to, or

    otherwise respond to the Second Consolidated Amended Complaint.

3.  If Defendants move to dismiss the Second Consolidated Amended Complaint,

    Plaintiffs' response shall be filed no later than June 15, 2015, and Defendants' reply

    no later than July 14, 2015.

2

4.  The Clerk of the Court is directed to terminate Dkt. 35 and Dkt. 39 as moot.

**SO ORDERED.**

**Date:  February 23, 2015**
       **New York, NY**
                                        **VALERIE CAPRONI**
                                        **United States District Judge**