**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Tel 202.955.8500
www.gibsondunn.com

Joel S. Sanders
Direct: +1 415.393.8268
Fax: +1 415.374.8439
JSanders@gibsondunn.com

April 20, 2015

VIA ECF

Hon. Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *In re Commodity Exchange, Inc., Gold Futures and Options Trading Litigation,* Case No. 14-MD-2548 (VEC)

Dear Judge Caproni:

    I write on behalf of UBS AG and UBS Securities LLC (the "UBS defendants") in the above-captioned matter to request an expansion of page limits for certain briefs in connection with motions to dismiss the Second Consolidated Amended Class Action Complaint.

    The UBS defendants were first named as defendants in this litigation on March 16, 2015. As a result, the UBS defendants were not parties to the January 29, 2015 joint request for an expansion of page limits for the briefing of the then-defendants' motion to dismiss the Consolidated Amended Class Action Complaint. The Court granted that request, which permitted each bank defendant to file a 5-page supplemental memorandum of law addressing issues specific to that defendant and permitted the London Gold Market Fixing Limited ("LGMF") to file a 10-page supplemental memorandum because it was differently situated than the other defendants.

    The UBS defendants are not "Fixing Bank Defendants" (*i.e.*, they were not members of the LGMF, which administered the London Gold Fixing) and are therefore differently situated than the other bank defendants. The UBS defendants plan to file a separate memorandum of law in support of their motion to dismiss the Second Consolidated Amended Class Action Complaint to address issues unique to them. The UBS defendants therefore request leave to file a 10-page memorandum, with 10 pages for plaintiffs' opposition thereto, and 5 pages for the UBS defendants' reply.

    Plaintiffs consent to the UBS defendants' request.

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Hong Kong • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.

**GIBSON DUNN**

Hon. Valerie E. Caproni
April 20, 2015
Page 2

Respectfully submitted,

*Joel S. Sanders/mlk*

Joel S. Sanders

cc: All Counsel of Record (via ECF)