# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Robert Khuzami
To Call Writer Directly:
(202) 879-5055
robert.khuzami@kirkland.com

655 Fifteenth Street, N.W.
Washington, D.C. 20005

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200

October 21, 2015

**VIA U.S. MAIL**

The Honorable Valerie E. Caproni
U.S. District Court for the
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:  *In re: Commodity Exchange, Inc., Gold Futures and Options Trading Litigation,* Case No. 1:14-md-02548-VEC and *In re: London Silver Fixing, Ltd. Antitrust Litigation,* Case No. 1:14-md-02573-VEC

Dear Judge Caproni:

      In accordance with applicable rules of professional conduct, Kirkland & Ellis LLP (the "Firm") is providing your Honor with notice that the late Honorable Harold Baer, Jr.'s former law clerk, Jonathan Schoepp-Wong, is joining the Firm as an associate in the New York office on October 21, 2015. The Firm has screened Mr. Schoepp-Wong from any participation in the Firm's representation of Deutsche Bank AG, Deutsche Bank AG New York Branch, Deutsche Bank Securities, Inc., Deutsche Bank Trust Corporation, Deutsche Bank Trust Company Americas, Deutsche Bank Americas Holding Corporation, and DB U.S. Financial Markets Holding Corporation (collectively, "Deutsche Bank"), parties in the above-referenced cases pending before the Court. Discussions with Mr. Schoepp-Wong regarding the Firm's work on these matters, or any aspect of Mr. Schoepp-Wong's work on these matters while a law clerk are barred. In addition, Mr. Schoepp-Wong will not be allowed to access the Firm's files relating to the Firm's representation of Deutsche Bank in these matters.

Sincerely,

KIRKLAND & ELLIS LLP

By: *[signature]*
Robert Khuzami

cc:  Joseph Serino

Beijing    Chicago    Hong Kong    Houston    London    Los Angeles    Munich    New York    Palo Alto    San Francisco    Shanghai