UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/2015

IN RE:

COMMODITY EXCHANGE, INC., GOLD
FUTURES AND OPTIONS TRADING
LITIGATION

1:14-MD-2548 (VEC)

*This Document Relates to All Actions*

## STIPULATION AND [PROPOSED] ORDER REGARDING SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel pursuant to Local Civil Rule 1.4, and subject to the approval of the Court, that Joseph Serino Jr., P.C., Robert Khuzami, and Kuan Huang of Kirkland & Ellis LLP are hereby substituted in the place of and in the stead of Charles F. Rule, Joseph J. Bial, Gregory G. Mocek, and Amy W. Ray of Cadwalader, Wickersham & Taft LLP as attorneys for Defendants Deutsche Bank AG and Deutsche Bank Securities Inc. in this action. All notices required to be given and all papers filed or served in this action should henceforth be served upon counsel at the address set forth below for incoming counsel. A supporting declaration pursuant to Local Civil Rule 1.4 is being filed herewith.

Dated: November 10, 2015

**OUTGOING COUNSEL**

For: **CADWALADER, WICKERSHAM & TAFT LLP**

By: _____
Charles F. Rule
Joseph J. Bial
Gregory G. Mocek
Amy W. Ray
CADWALADER, WICKERSHAM & TAFT LLP
700 6th Street NW
Washington, DC 20001
joseph.bial@cwt.com
rick.rule@cwt.com
gregory.mocek@cwt.com
amy.ray@cwt.com
Telephone: (202) 862-2200
Facsimile: (202) 862-2400

*Outgoing Counsel for Defendants Deutsche Bank AG and Deutsche Bank Securities Inc.*

Dated: November 10, 2015

**INCOMING COUNSEL**

For: **KIRKLAND & ELLIS LLP**

By: _____
Joseph Serino, Jr., P.C.
Robert Khuzami
Kuan Huang
Kirkland & Ellis LLP
601 Lexington Ave.
New York, NY 10022
joseph.serino@kirkland.com
robert.khuzami@kirkland.com
kuan.huang@kirkland.com
Telephone: (212) 446-4800
Facsimile: (202) 446-6460

*Incoming Counsel for Defendants Deutsche Bank AG and Deutsche Bank Securities Inc.*

Dated: November 9, 2015

For:  **Deutsche Bank AG**

Dr. Peter Beck
Name
_[signature]_
Signature

Dr. Robert Müller
Name
_[signature]_
Signature

For:  **Deutsche Bank Securities, Inc.**

Name

Signature

Name

Signature

**SO ORDERED:**

Date

Hon. Valerie E. Caproni

4

Dated: November 7, 2015

For: **Deutsche Bank AG**

_____
Name

_____
Signature

_____
Name

_____
Signature

For: **Deutsche Bank Securities Inc.**

DAVID LEVINE
_____
Name

*[signature]*
_____
Signature

Joe Salama
_____
Name

*[signature]*
_____
Signature

**SO ORDERED:**

November 12, 2015
_____
Date

_____
Hon. Valerie E. Caproni

4