

Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
T +1 212 918 3000
F +1 212 918 3100
www.hoganlovells.com

June 23, 2017

Via ECF

Hon. Valerie E. Caproni
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 240
New York, NY 10007

      Re:    *In re Commodity Exchange, Inc., Gold Futures and Options Trading Litigation*, No. 14-md-2548 (VEC) (S.D.N.Y.)

Dear Judge Caproni:

I write pursuant to Rule 4(A)(i) of the Court's Individual Rules of Practice to request permission to file under seal a letter on behalf of Defendants Société Générale, Barclays Bank plc, Bank of Nova Scotia and HSBC Bank plc ("Defendants") requesting that discovery in the above-referenced action remain stayed pending certain future events. Defendants request permission to file under seal in an abundance of caution because their letter makes reference to information that is not in the public domain. We have conferred with Plaintiffs' counsel to determine whether they consent to the proposed sealing, but they took no position on the matter.

We will promptly confer with all relevant parties and submit a redacted version if appropriate.

Respectfully submitted,

*Marc Gottridge*
Marc J. Gottridge

cc:    All counsel of record (via ECF)

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante Amsterdam Baltimore Beijing Birmingham Brussels Caracas Colorado Springs Denver Dubai Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston Johannesburg London Los Angeles Luxembourg Madrid Mexico City Miami Milan Minneapolis Monterrey Moscow Munich New York Northern Virginia Paris Perth Philadelphia Rio de Janeiro Rome San Francisco São Paulo Shanghai Silicon Valley Singapore Sydney Tokyo Ulaanbaatar Warsaw Washington DC Associated offices: Budapest Jakarta Shanghai FTZ Zagreb. Business Service Centers: Johannesburg Louisville. For more information see www.hoganlovells.com

\\NY - 003225/000012 - 7771067 v5