# Exhibit 2

**Exhibit filed under seal pursuant to court order.**