MEMO ENDORSED

October 5, 2018

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/10/2018

**VIA ECF**

Hon. Valerie E. Caproni
United States District Court for the
 Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *In re Commodity Exch., Inc. Gold Futures & Options Trading Litig.*, No. 14-MD-2548
      and *In re London Silver Fixing, Ltd., Antitrust Litig.*, No. 14-MD-2573

Dear Judge Caproni:

      The parties in these actions jointly submit this letter pursuant to the Court's September 17, 2018 order to provide a further update on their communications with the Department of Justice ("DOJ") regarding its request to extend the stay of discovery of certain Deutsche Bank documents ("DB Materials").

      On October 2, the DOJ withdrew its request for a stay of discovery of the DB Materials. Defendants have requested production of the DB Materials, which the Court on December 9, 2016 ordered Plaintiffs to produce to Defendants, before discovery was stayed as to those materials. Plaintiffs anticipate producing the remainder of the DB Materials by the end of this week.

Respectfully submitted,

/s/ Michael C. Dell'Angelo          /s/ Sami H. Rashid

*Interim Co-Lead Counsel for Gold Plaintiffs and the Proposed Gold Class*

---

It is hereby ordered that any stay of discovery of the Deutsche Bank documents still in effect is now terminated.

SO ORDERED.

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE
Date: 10/9/2018

- 1 -

| | |
|---|---|
| /s/ Thomas Skelton | /s/ Deborah Elman |
| Vincent Briganti | Robert Eisler |
| Barbara Hart | Deborah Elman |
| Thomas Skelton | GRANT & EISENHOFER P.A. |
| Christian P. Levis | 485 Lexington Avenue |
| LOWEY DANNENBERG P.C. | New York, NY 10017 |
| 44 South Broadway, Suite 1100 | |
| White Plains, NY 10601 | |

*Co-Counsel for Silver Plaintiffs and the Proposed Silver Class*

| | |
|---|---|
| /s/ Stephen Ehrenberg | /s/ DeNae M. Thomas |
| Stephen Ehrenberg | Marc J. Gottridge |
| William H. Wagener | Dennis H. Tracey, III |
| SULLIVAN & CROMWELL LLP | DeNae M. Thomas |
| 125 Broad Street | HOGAN LOVELLS US LLP |
| New York, NY 10004 | 875 Third Avenue |
| | New York, NY 10022 |

*Attorneys for The Bank of Nova Scotia Defendants and Liaison Defense Counsel*

*Attorneys for Defendant Société Générale*

| | |
|---|---|
| /s/ Todd S. Fishman | /s/ Leigh M. Nathanson |
| Michael S. Feldberg | Damien J. Marshall |
| Todd S. Fishman | Leigh M. Nathanson |
| Brian Fitzpatrick | Laura E. Harris |
| ALLEN & OVERY LLP | BOIES SCHILLER FLEXNER LLP |
| 1221 Avenue of Americas | 575 Lexington Avenue |
| New York, NY 10020 | New York, NY 10022 |

*Attorneys for Defendant Barclays Bank PLC*

*Attorneys for the HSBC Defendants*

/s/ James V. Masella, III
James V. Masella, III
R. James Madigan III
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036

*Attorneys for Defendant The London Gold Market Fixing Limited*