UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>COMMODITY EXCHANGE, INC., GOLD FUTURES AND OPTIONS TRADING LITIGATION<br><br>*This Document Relates to All Actions* | Index No. 14-MD-2548 |

**DECLARATION OF BRIAN DONOVAN
ON IMPLEMENTATION OF CAFA NOTICE**

Pursuant to 28 U.S.C. § 1746, I, Brian Donovan, declare as follows:

1. I am an attorney at King & Spalding LLP, counsel for Defendant HSBC Bank plc ("HSBC").

2. I submit this Declaration regarding notice provided by HSBC to the appropriate state and federal officials pursuant to the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715.

3. My statements in this Declaration are based upon my own personal knowledge.

4. On December 17, 2020, King & Spalding sent the materials attached as **Exhibit 1** to 51 state officials and 2 federal officials.

5. The list of state officials to which the materials were sent is set forth in **Exhibit 2**.

6. The list of federal officials to which the materials were sent is set forth in **Exhibit 3**.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on January 8, 2021.

                                         */s/ Brian Donovan*

                                         Brian Donovan