UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
IN RE: COMMODITY EXCHANGE, INC., :
GOLD FUTURES AND OPTIONS         :
TRADING LITIGATION               :
                                 :      Case No. 14-MD-2548
                                 :
*This Document Relates to All Actions*  :
                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

### DEFENDANTS' NOTICE OF MOTION TO DEPOSE
### ROSA M. ABRANTES-METZ AND GUSTAVO BAMBERGER

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendants' Motion to Depose Rosa M. Abrantes-Metz and Gustavo Bamberger, the exhibits thereto, and all prior proceedings in this case, and pursuant to Rule 26(b)(1) of the Federal Rules of Civil Procedure, Rule 4 of the Court's Individual Practices in Civil Cases and the Court's January 12, 2021 Order (ECF No. 503), Defendants, by and through their respective undersigned counsel, will respectfully move this Court, before the Hon. Valerie E. Caproni, United States District Judge for the Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, at a date and time to be determined by the Court, for an order permitting Defendants to take the depositions upon oral examination of Rosa M. Abrantes-Metz and Gustavo Bamberger as fact witnesses, and granting such other and further relief as the Court deems just and proper.

By order of the Court (ECF No. 503), any response must be filed no later than February 12, 2021, any reply must be filed no later than February 19, 2021, and all papers are subject to the page limits imposed by the Court.

Dated: January 29, 2021
New York, New York

Respectfully submitted,

| | |
|---|---|
| /s/ Stephen Ehrenberg | /s/ Marc J. Gottridge |
| Stephen Ehrenberg | Marc J. Gottridge |
| William H. Wagener | Benjamin A. Fleming |
| SULLIVAN & CROMWELL LLP | HOGAN LOVELLS US LLP |
| 125 Broad Street | 390 Madison Avenue |
| New York, New York 10004 | New York, New York 10017 |
| ehrenbergs@sullcrom.com | marc.gottridge@hoganlovells.com |
| wagenerw@sullcrom.com | benjamin.fleming@hoganlovells.com |
| Telephone: (212) 558-4000 | Telephone: (212) 918-3000 |
| Facsimile: (212) 558-3588 | Facsimile: (212) 918-3100 |
| | |
| *Attorneys for Defendant The Bank of Nova Scotia and Liaison Defense Counsel* | *Attorneys for Defendant Société Générale* |
| | |
| /s/ Todd S. Fishman | /s/ James V. Masella, III |
| Todd S. Fishman | James V. Masella, III |
| Brian T. Fitzpatrick | R. James Madigan, III |
| ALLEN & OVERY LLP | PATTERSON BELKNAP WEBB & TYLER LLP |
| 1221 Avenue of the Americas | 1133 Avenue of the Americas |
| New York, New York 10020 | New York, New York 10036 |
| todd.fishman@allenovery.com | jmasella@pbwt.com |
| brian.fitzpatrick@allenOvery.com | jmadigan@pbwt.com |
| Telephone: (212) 610-6300 | Telephone: (212) 336-2000 |
| Facsimile: (212) 610-6399 | Facsimile: (212) 336-2222 |
| | |
| /s/ Michael S. Feldberg | *Attorneys for Defendant The London Gold Market Fixing Limited* |
| Michael S. Feldberg | |
| REICHMAN JORGENSEN LEHMAN & FELDBERG LLP | |
| 750 Third Avenue, Suite 2400 | |
| New York, NY 10017 | |
| mfeldberg@reichmanjorgensen.com | |
| Telephone: (212) 381-4970 | |
| | |
| *Attorneys for Defendant Barclays Bank plc* | |