USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/20/2021

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: COMMODITY EXCHANGE, INC., GOLD FUTURES AND OPTIONS TRADING LITIGATION<br><br>*This Document Relates To All Actions* | Case No.  14-MD-2548 (VEC)<br>14-MC-2548 (VEC) |

## NOTICE OF VOLUNTARY WITHDRAWAL
## OF PLAINTIFF RICHARD WHITE

On June 16, 2017, a Third Amended Complaint was filed in the above-referenced action (Docket No. 266) naming, among others, Richard White as a named plaintiff. Plaintiff Richard White hereby gives notice of his voluntary withdrawal as a named plaintiff in this action. This notice of withdrawal is made without prejudice to Mr. White's rights, including, without limitation, as a member of any proposed class in this litigation and otherwise. Plaintiff Richard White's withdrawal does not affect the claims of the proposed class or the remaining named Plaintiffs in the above litigation.

Dated: May 19, 2021

*/s/ Merrill G. Davidoff*
Merrill G. Davidoff
Berger Montague PC
1818 Market Street, Suite 3600
Philadelphia, PA  19103
215 875-3000
mdavidoff@bm.net

Vincent Briganti
David Charles Harrison
Geoffrey Milbank Horn
Lowey Dannenberg P.C.
44 South Broadway, Suite 1100
White Plains, NY 10601
914-997-0500
vbriganti@lowey.com
dharrison@lowey.com
ghorn@lowey.com

---

Application GRANTED.

The Clerk of Court is respectfully directed to terminate Richard White as a named Plaintiff in this matter.

SO ORDERED.

*[signature: Valerie Caproni]*     Date: May 20, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE