UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>COMMODITY EXCHANGE, INC., GOLD FUTURES AND OPTIONS TRADING LITIGATION<br><br>*This Document Relates To All Actions* | Case No.   14-MD-2548 (VEC)<br>          14-MC-2548 (VEC)<br><br>Hon. Valerie E. Caproni |

**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF TWO SETTLEMENTS, FINAL APPROVAL OF THE PLAN OF ALLOCATION, AND FOR <u>CERTIFICATION OF THE SETTLEMENT CLASS</u>**

PLEASE TAKE NOTICE that Plaintiffs, by and through their undersigned counsel, will respectfully move this Court, before the Honorable Valerie E. Caproni, United States District Judge for the Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, at October 7, 2021 at 10:00 A.M. or any other date and time as determined by this Court, for entry of orders and judgments granting final approval of the proposed Settlements, approving the proposed Plan of Allocation, and certifying the proposed Settlement Class.  Plaintiffs and Co-Lead Counsel bring this motion pursuant to Federal Rule of Civil Procedure 23.

This motion is based on the accompanying Memorandum of Law; the declarations in support of the Motion; the Stipulation and Agreement of Settlements; any papers filed in reply; and any oral and documentary evidence as may be presented at any hearing of this Motion.

DATED: July 9, 2021                                     Respectfully submitted,

/s/ Merrill G. Davidoff                                 /s/ Daniel L. Brockett

Merrill G. Davidoff                                     Daniel L. Brockett
Martin I. Twersky                                       Sami H. Rashid
Michael C. Dell'Angelo                                  Alexee Deep Conroy
Candice J. Enders                                       Christopher M. Seck
Zachary D. Caplan                                       QUINN EMANUEL URQUHART &
BERGER MONTAGUE PC                                      SULLIVAN, LLP
1818 Market Street                                      51 Madison Avenue, 22nd Floor
Philadelphia, Pennsylvania 19103                        New York, New York 10010
Telephone:  (215) 875-3000                              Telephone:  (212) 849-7000
Fax:  (215) 875-4604                                    Fax:  (212) 849-7100
mdavidoff@bm.net                                        danbrockett@quinnemanuel.com
mtwersky@bm.net                                         samirashid@quinnemanuel.com
mdellangelo@bm.net                                      alexeeconroy@quinnemanuel.com
cenders@bm.net                                          christopherseck@quinnemanuel.com
zcaplan@bm.net

                                                        Jeremy D. Andersen
                                                        QUINN EMANUEL URQUHART &
                                                        SULLIVAN, LLP
                                                        865 South Figueroa Street, 10th Floor
                                                        Los Angeles, California 90017
                                                        Telephone:  (213) 443-3000
                                                        Fax:  (213) 443-3100
                                                        jeremyandersen@quinnemanuel.com

*Counsel for Gold Plaintiffs and Interim Co-Lead Counsel for the Proposed Gold Class*