September 1, 2021

**VIA ECF**

Hon. Valerie E. Caproni
United States District Court for the Southern
 District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, New York, NY 10007

Re:   *In re Commodity Exch., Inc. Gold Futures & Options Trading Litig.*, No. 14-MD-2548

Dear Judge Caproni:

Pursuant to the Amended Discovery Schedule (Dkt. No. 404) ¶ 11, Counsel for Plaintiffs and Defendants jointly submit this letter to summarize the parties' progress in fact discovery.

### 1. Depositions and Written Discovery

In May, Barclays agreed to provide written responses in lieu of deposition on agreed Rule 30(b)(6) issues and Plaintiffs provided these questions to Barclays on June 15. On August 6, Barclays responded to Plaintiffs' remaining Rule 30(b)(6) questions regarding Barclays' transaction data and data-related documents.

### 2. Privilege Logs

Defendants have produced categorical privilege logs accompanied by metadata logs for commercial transaction documents and traditional privilege logs for other categories of documents withheld, in whole or in part, as privileged. Plaintiffs and The Bank of Nova Scotia ("BNS") have engaged in extensive correspondence concerning BNS' privilege logs, including, most recently, an August 19, 2021 letter from BNS.

### 3. Partial Settlement (Deutsche Bank/HSBC)

On August 4, an objection on behalf of certain comex traders going solely to the Plan of Allocation was filed. Dkt. 578. Plaintiffs are preparing a response in support of their Final Approval Motion and their Fee Motion, including to respond to the sole purported objection, to be filed on September 16, 2021. The parties will appear before the Court on October 13 for the Fairness Hearing. Dkt. 580.

Respectfully submitted,

| | |
|---|---|
| /s/ Merrill G. Davidoff | /s/ Daniel L. Brockett |
| Merrill G. Davidoff | Daniel L. Brockett |
| Martin I. Twersky | Sami H. Rashid |
| Michael C. Dell'Angelo | Alexee Deep Conroy |
| Candice J. Enders | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| Zachary D. Caplan | |
| BERGER MONTAGUE PC | 51 Madison Avenue, 22nd Floor |
| 1818 Market Street | New York, New York 10010 |
| Philadelphia, Pennsylvania 19103 | |

*Counsel for Gold Plaintiffs and Interim Co-Lead Counsel for the Proposed Gold Class*

| | |
|---|---|
| /s/ Stephen Ehrenberg | /s/ Marc J. Gottridge |
| Stephen Ehrenberg | Marc J. Gottridge |
| William H. Wagener | Benjamin A. Fleming |
| Virginia R. Hildreth | HOGAN LOVELLS US LLP |
| SULLIVAN & CROMWELL LLP | 390 Madison Avenue |
| 125 Broad Street | New York, NY 10017 |
| New York, NY 10004 | |

*Attorneys for The Bank of Nova Scotia Defendants and Liaison Defense Counsel*

*Attorneys for Defendant Société Générale*

| | |
|---|---|
| /s/ Todd S. Fishman | /s/ James V. Masella, III |
| Todd S. Fishman | James V. Masella, III |
| Alexander K. Bussey | R. James Madigan III |
| ALLEN & OVERY LLP | PATTERSON BELKNAP WEBB & TYLER LLP |
| 1221 Avenue of Americas | |
| New York, NY 10020 | 1133 Avenue of the Americas |
| | New York, New York 10036 |

*Attorneys for Defendant The London Gold Market Fixing Limited*

/s/ Michael S. Feldberg
Michael S. Feldberg
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
750 Third Avenue, 24th Floor
New York, NY 10017

*Attorneys for Defendant Barclays Bank PLC*