USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/15/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
IN RE:                                               :
                                                     :        14-MD-2548 (VEC)
COMMODITY EXCHANGE, INC., GOLD                       :        14-MC-2548 (VEC)
FUTURES AND OPTIONS TRADING                          :
LITIGATION                                           :        **ORDER**
                                                     :
*This Document Relates to All Actions*               :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS a hearing to consider the fairness, reasonableness, and adequacy of the First and Second Settlement Agreements (the "Fairness Hearing") is scheduled for Tuesday, January 4, 2022 at 2:30 P.M., Dkt. 612;

WHEREAS the Court also intends to discuss the Third Settlement Agreement at the hearing, *id.*; and

WHEREAS the Southern District of New York requires three feet of social distancing in the well of the courtroom, assuming all those present are vaccinated against COVID-19.

IT IS HEREBY ORDERED that to maintain the required social distancing, Plaintiffs and Defendants may only have three counsel sitting at their respective counsel tables in the well of the courtroom.  With respect to the Defendants, one representative from Deutsche Bank, one from HSBC, and one from the four remaining Defendants may sit at the Defense counsel table. Counsel for the COMEX objectors will sit in the jury box.  All counsel sitting in the well must be vaccinated against COVID-19.  Additional counsel, client representatives, class members, and interested members of the public may sit in the courtroom gallery or may listen to the proceeding remotely, by dialing 1-888-363-4749, using the access code 3121171 and the security code 2548. All of those accessing the hearing are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken.  Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry.  Additionally, any person who appears at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

**SO ORDERED.**

Date:   **December 15, 2021**
       **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**