UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>COMMODITY EXCHANGE, INC., GOLD FUTURES AND OPTIONS TRADING LITIGATION<br><br>*This Document Relates To All Actions* | Case No.   14-MD-2548 (VEC)<br>14-MC-2548 (VEC)<br><br>Hon. Valerie E. Caproni |

# NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF THE THIRD SETTLEMENT AGREEMENT, CERTIFICATION OF THE SETTLEMENT CLASS, AND FINAL APPROVAL OF THE PLANS OF ALLOCATION

PLEASE TAKE NOTICE that Plaintiffs, by and through their undersigned counsel, will respectfully move this Court, before the Honorable Valerie E. Caproni, United States District Judge for the Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, at August 5, 2022, at 10:00 A.M. or any other date and time as determined by this Court, for entry of orders and judgments granting final approval of the proposed Third Settlement Agreement, certifying the proposed Settlement Class, and approving the Plans of Allocation for all three Settlements. Plaintiffs and Co-Lead Counsel bring this motion pursuant to Federal Rule of Civil Procedure 23.

This motion is based on the accompanying Memorandum of Law; the declarations in support of the Motion; the Stipulation and Agreement of Settlements; any papers filed in reply; and any oral and documentary evidence as may be presented at any hearing of this Motion.

DATED: June 3, 2022                              Respectfully submitted,

/s/ Michael C. Dell'Angelo                       /s/ Daniel L. Brockett

Merrill G. Davidoff                              Daniel L. Brockett
Martin I. Twersky                                Sami H. Rashid
Michael C. Dell'Angelo                           Alexee Deep Conroy
Candice J. Enders                                Christopher M. Seck
Zachary D. Caplan                                QUINN EMANUEL URQUHART &
BERGER MONTAGUE PC                               SULLIVAN, LLP
1818 Market Street                               51 Madison Avenue, 22nd Floor
Philadelphia, Pennsylvania 19103                 New York, New York 10010
Telephone: (215) 875-3000                        Telephone: (212) 849-7000
Fax: (215) 875-4604                              Fax: (212) 849-7100
mdavidoff@bm.net                                 danbrockett@quinnemanuel.com
mtwersky@bm.net                                  samirashid@quinnemanuel.com
mdellangelo@bm.net                               alexeeconroy@quinnemanuel.com
cenders@bm.net                                   christopherseck@quinnemanuel.com
zcaplan@bm.net

                                                 Jeremy D. Andersen
                                                 QUINN EMANUEL URQUHART &
                                                 SULLIVAN, LLP
                                                 865 South Figueroa Street, 10th Floor
                                                 Los Angeles, California 90017
                                                 Telephone: (213) 443-3000
                                                 Fax: (213) 443-3100
                                                 jeremyandersen@quinnemanuel.com

*Counsel for Gold Plaintiffs and Interim Co-Lead Counsel for the Proposed Gold Class*