**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: | Case No. 14-MD-2548 (VEC) |
| COMMODITY EXCHANGE, INC., GOLD FUTURES AND OPTIONS TRADING LITIGATION | Hon. Valerie E. Caproni |
| *This Document Relates to All Actions* | |

## ROBERT CHARLES CLASS A, L.P.'S NOTICE OF WITHDRAWAL OF OBJECTION

NOTICE IS HEREBY GIVEN that Robert Charles Class A, L.P. ("Objector") withdraws its Objection to the Third Settlement Agreement in these proceedings (*see* ECF No. 647) as moot. The parties in *In re Bank of Nova Scotia Spoofing Litig.*, No. 20-cv-11059 (D.N.J.), including Objector, have reached an agreement in principle to resolve that action in its entirety.

Dated:  August 4, 2022              Respectfully submitted,

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

 s/ *Thomas K. Boardman*
CHRISTOPHER M. BURKE
THOMAS K. BOARDMAN
LOUIS F. BURKE
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile:  212-223-6334
cburke@scott-scott.com
tboardman@scott-scott.com
lburke@scott-scott.com

**ROBBINS GELLER RUDMAN & DOWD LLP**
PATRICK J. COUGHLIN
ALEXANDRA S. BERNAY (*pro hac vice* forthcoming)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619-231-1058
Facsimile:  619-231-7423
pjc@rgrdlaw.com
xanb@rgrdlaw.com

**KOREIN TILLERY LLC**
GEORGE A. ZELCS (*pro hac vice* forthcoming)
205 North Michigan Plaza, Suite 1950
Chicago, IL 60601
Telephone: 312-641-9750
Facsimile:  312-641-9751
gzelcs@koreintillery.com

*Counsel for Robert Charles Class A, L.P.*

## **CERTIFICATION OF SERVICE**

I hereby certify that on August 4, 2022, that the foregoing was filed with the U.S. District Court through the ECF filing system and that all parties to the above case were served via the ECF filing system.

s/ *Thomas K. Boardman*
Thomas K. Boardman
